DAVID L. ANDERSON
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DEBORAH LEE STACHEL, (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
Attorneys for Defendant
BEN A. PORTER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
        Telephone:  (415) 977-8979
        Facsimile:  (415) 744-0134
        E-Mail: Ben.Porter@ssa.gov

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES COLE, | ) | Case No. 3:18-cv-07214-TSH |
|                Plaintiff, | ) | |
|     v. | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
|                Defendant, | ) | |

IT IS HEREBY ORDERED:

That, pursuant to the parties' stipulation, the Court directs that the Clerk of the

Court enter a final judgment in favor of Plaintiff, and against Defendant, reversing the

final decision of the Commissioner and remanding the case for further administrative

proceedings.  On remand, the Appeals Council will remand the case to an administrative

law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to explain

the weight given to the relevant medical source opinions, including, but not limited to

that of Laura Catlin, Psy.D.  The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.


Dated:  May 7, 2019

_____
HON.  THOMAS S. HIXSON
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE